## EXHIBIT A

State of Illinois            )
                             ) ss
County of St. Clair          )

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Joseph R. Beliveau, declare under penalty of perjury the following:

At all relevant times, I have been a Task Force Officer (TFO) with the United States Postal Inspection Service (USPIS). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

1. On or about July 18, 2019, while reviewing United States Postal Service (USPS) business records eight inbound parcels which were being mailed to the St. Louis Metro East Area where located. The eight parcels were all being sent from different zip codes but all in close proximity of Los Angeles, California. Based on training and experience, agents know that Los Angeles, California is a known source narcotics distribution location. Based on training and experience, agents are also aware that drug distributors often ship multiple parcels at one time from different post offices located in relatively close proximity of each other. Drug distributors utilize this method to avoid detection and having their entire shipment seized by law enforcement officials.

2. The eight inbound parcels were being shipped to multiple addresses and had different return addresses. Based on training and experience, agents are aware that this is another tactic used by drug distributors to avoid detection by law enforcement officials. The parcels were addressed to two separate addresses in Caseyville, Illinois. The parcels had return addresses in Lawndale, California and Gardena, California.

3. Based on the indicators of these parcels, agents believed the packages were coming from a Drug Trafficking Organization (DTO). Therefore, agents began attempting to identify the individuals involved and monitor any suspicious parcels being shipped from the Los Angeles area to the Caseyville area. Agents also began monitoring parcels being shipped from the Caseyville area to the Los Angeles area.

4. Later that same month, while reviewing USPS business records, agents identified a USPS Priority Mail Express Parcel #EJ005104458US being shipped from Collinsville, Illinois to Los Angeles, California. Based on available USPS business records agents were unable to identify the recipient's name on the parcel but were able to determine the parcel was being mailed to an address in Los Angeles, California. Although agents were unable to identify any of the return address information, they confirmed through USPS business records that the same individual attempting to determine the status of the parcels shipped on July 19, 2019 was also attempting to determine the status of this parcel, which confirmed this package was related to the July 19, 2019 packages. USPS business records further identified the email address which was attempting to determine the status of USPS Priority Mail Express Parcel #EJ005104458US. The email address was identified as: briantolley32@yahoo.com. A review of available databases identified the following individual associated with the email address briantolley32@yahoo.com: Brian W. TOLLEY, with a residence in Caseyville, Illinois.

5. A review of USPS business records indicated between July 19, 2019 and January 29, 2020, in excess of eighty (80) parcels were shipped to TOLLEY's residence in Caseyville, Illinois.

6. A further review of USPS business records identified outbound parcels that appeared to have a cause and effect relationship to the inbound parcels being delivered to TOLLEY's residence in Caseyville, Illinois. Through knowledge, training and experience, agents know that

2

payment for illegal drugs is expected and is made to the source of illegal drugs through one of a number of ways, including but not limited to electronic transfers, bank deposits, electronic transfers, the purchase of money orders and the bulk shipment of United States Currency through the USPS or other commercial parcel carriers. Based on that knowledge, training and experience agents believed these outbound parcels contained payment for the inbound parcels which agents further believed contained illegal narcotics. These outbound parcels were mailed to an address in Valley Village, California.

7. A review of USPS business records indicated in excess of 20 suspicious parcels were shipped from the Caseyville, Illinois area to the Valley Village, California address between July 19, 2019 and January 29, 2020.

8. On January 29, 2020, agents identified a parcel being mailed to the Valley Village, California address. The Priority Mail Express parcel EJ225302974US was mailed from the Fairview Heights, Illinois Post Office. The parcel was addressed to "Pele KIZY, 5444 Bellingham Ave. #10. Valley Village, CA 91607," with the return address of TOLLEY in Caseyville, Illinois and a telephone number that was later determined to be registered to TOLLEY. Due to several indicators on the parcel and a positive canine alert, agents applied for and obtained a Federal Search Warrant for the parcel in the Southern District of Illinois. The subsequent search of the parcel revealed $3,500.00 United States Currency concealed within the parcel which was seized and is pending civil administrative forfeiture.

9. On February 4, 2020, agents identified an additional parcel being mailed to 5444 Bellingham Avenue #10, Valley Village, California. The Priority Mail parcel 9505 5112 4858 0035 2956 85 was mailed from the Fairview Heights, Illinois Post Office. The parcel was addressed to "Pele KIZY, 5444 Bellingham Ave. #10, Valley Village, CA 91607," with the return

address of TOLLEY in Caseyville, Illinois. Due to several indicators on the parcel and a positive canine alert, agents applied for and obtained a Federal Search Warrant through the Southern District of Illinois. The subsequent search of the parcel revealed $10,025.00 in United States Currency concealed within the parcel which was seized and is pending civil administrative forfeiture.

10. After this second seizure, no additional parcels have been shipped via USPS to 5444 Bellingham Avenue #10, Valley Village, California from the Caseyville, Illinois area. Furthermore, the names KIZY and TOLLEY have not been used on any parcels after the February 4, 2020 seizure.

11. On March 5, 2020, agents identified a suspicious inbound parcel being mailed to a residence in Belleville, Illinois. The parcel had an assigned tracking number of 9505 5130 1001 0063 6624 85. The parcel was addressed to Stephanie Kritner, with a return address of Kids Fundamentals, 11549 Addison Street, North Hollywood, California 91601. Agents know based on intelligence gathered during the investigation that Stephanie Kritner does not associate with the address in Belleville, Illinois. A review of available databases revealed no record of Stephanie Kritner anywhere in the United States. A review of the California Secretary of State Business inquiry revealed no record of Kids Fundamentals being an active business in the State of California. However, agents located a company called Kids for Fundamentals. Kids for Fundamentals' business license was suspended in 2012. Agents know based on training and experience that narcotics distributors often use fictitious names and pay shipping fees with United States Currency in an attempt to avoid detection by law enforcement officers.

12. Agents established surveillance on the residence in Belleville, Illinois. At

approximately 11:59 hours, a mail carrier arrived at the residence and delivered the parcel assigned tracking number 9505 5130 1001 0063 6624 85. The mail carrier placed the parcel on the front porch and left the area. At approximately 13:15 hours, a dark colored passenger car arrived and parked in the driveway. A white female exited the passenger vehicle and eventually took possession of the parcel. The white female placed the parcel in the trunk of her vehicle and drove out of the subdivision.

13. O'Fallon Police Officer Hesselbacher stopped the vehicle based on its heavily tinted windows in violation of the Illinois Vehicle Code. The traffic stop was conducted near the entrance to the O'Fallon Sports Park near Obernuefemann Road. Officer Hesselbacher spoke with the driver and advised her of the violation. During the stop, the driver appeared to be extremely nervous. Officer Hesselbacher asked if she had anything illegal in her vehicle. The driver stated that she was in possession of marijuana and a consensual search of the vehicle was conducted. The search revealed the above-mentioned parcel still in the trunk next to various other forms of marijuana. A search of the parcel revealed that it contained approximately ten (10) pounds of THC vape cartridges.

14. As part of the investigation, agents obtained and reviewed Bank of America records for Pele KIZY's personal checking account and personal savings account. KIZY owns and has signature authority over both of these accounts.

15. After analyzing KIZY's personal checking account at Bank of America agents determined the following:

    a. The account was opened on or about September 29, 2005.

    b. From on or about April 29, 2019 through March 5, 2020, this account received transfers from TOLLEY totaling **$91,510.00** ($34,730.00+$56,780.00):

      i. From March 4, 2019 through March 27, 2020, KIZY received thirty-two (32) even dollar deposits totaling $49,710.00 from Cash App with reference to KIZY.  As noted above, TOLLEY made twenty-six (26) even dollar debit card payments between $5.00 and $2,550.00 using the Cash App payment transfer system to KIZY in the total amount of **$34,730.00.**

      ii. From March 4, 2019 through March 5, 2020, KIZY received thirty-two (32) of Zelle payments totaling **$56,780.00** originating from TOLLEY's Bank of America checking account.

16. After analyzing KIZY's personal savings account at Bank of America agents determined the following:

    a. The account was opened on or about January 18, 2008.

    b. From on or about March 19, 2019 through March 19, 2020, this account had total deposits and credits of $37,223.43.  Inter-Bank of America account transfers made up $28,014.22 (approximately 75%) of all the amounts deposited during that same period.  Of these Inter-Bank of America account transfers, $28,000.00 in transfers originated from KIZY's personal checking. The remaining deposits totaled $9,178.42 (approximately 25%) which were counter credit deposits made at a Bank of America branch location in North Hollywood, California.

17. On or about April 20, 2020, agents applied for and obtained a Federal Seizure Warrant through the Southern District of Illinois for any and all funds not to exceed $91,510.00 from KIZY's Bank of America accounts.

18. Based on the foregoing, declarant believes that the subject-matter $91,510.00 in

United States Currency is property which constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801 *et seq*.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September, 2020.

_____
JOSEPH R. BELIVEAU
United States Postal Inspector Task
Force Officer