IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATE OF AMERICA,

    Plaintiff,

Case No. 20-CV-1003

vs.

$91,510.00 IN UNITED STATES
FUNDS SEIZED FROM ACCOUNTS
HELD IN THE NAME OF, AND
ACCESSIBLE TO, PELE KIZY AT
BANK OF AMERICA,

    Defendant.

_____/

## CLAIMANT, PELE KIZY'S
## VERIFIED STATEMENT OF INTEREST

I, Pele Kizy, declare:

1.     I am claiming ownership of the $91,510.00 in U.S. Currency seized on April 20, 2020, from my accounts held at Bank of America.

2.     I claim restitution of the forfeiture and the right to defend this action.

3.     This claim is not frivolous.

I attest and declare under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

Dated: January 14, 2021

                                        _____
                                        Pele Kizy

Respectfully submitted,


__/s/__ Jorin G. Rubin_
Jorin G. Rubin (P60867)
Law Office of Jorin G. Rubin, PC
Attorney for Claimant
600 S. Adams Road, Suite 300
Birmingham, Michigan 48009
(248) 799-9100
jorinrubin@comcast.net